**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

B.H., by the Mother and Next Friend, S.H., and Each Individually,   v. JOLIET SCHOOL DISTRICT 86 and the ILLINOIS STATE BOARD OF EDUCATION.

Case Number:
FILED: SEPTEMBER 2, 2008
08CV4974
JUDGE NORGLE
MAGISTRATE JUDGE MASON
CEM

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

B.H. and S.H.

Atty Joseph Daniel Thomas hereby designates Sheri L. Bianchin, Esq. as his local counsel pursuant to L.R. 83.15: Sheri L. Bianchin, VOICE-Advocacy, 7302 Lakeside Ct., Frankfort, IL 60423, ARDC# 6208619.

| | |
|---|---|
| NAME (Type or print) <br> Sheri L. Bianchin, Attorney at Law | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Sheri L. Bianchin, Atty at Law | |
| FIRM <br> Voice-Advocacy | |
| STREET ADDRESS <br> 7302 W. Lakeside Ct. | |
| CITY/STATE/ZIP <br> Frankfort, IL  60423 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> IL ARDC #6208619 | TELEPHONE NUMBER <br> (708) 717-8393 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |