**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| B.H., by the Mother and Next Friend, S.H., and Each Individually, v. JOLIET SCHOOL DISTRICT 86 and the ILLINOIS STATE BOARD OF EDUCATION. | FILED: SEPTEMBER 2, 2008<br>08CV4974<br>JUDGE NORGLE<br>MAGISTRATE JUDGE MASON<br><br>CEM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

B.H. and S.H.

Atty Joseph Daniel Thomas hereby designates Sheri L. Bianchin, Esq. as his local counsel pursuant to L.R. 83.15: Sheri L. Bianchin, VOICE-Advocacy, 7302 Lakeside Ct., Frankfort, IL 60423, ARDC# 6208619.

| NAME (Type or print) |
|---|
| Joseph Daniel THOMAS, Attorney at Law |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Joseph Daniel Thomas, Atty at Law |
| FIRM |
| Joseph Daniel Thomas, Atty at Law |
| STREET ADDRESS |
| 10707 N. State Road 55 |
| CITY/STATE/ZIP |
| Demotte, IN 46310-9671 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC # 6212202 | (312) 296-8203 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐