

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4974 | **DATE** | 9/3/2008 |
| **CASE TITLE** | B.H. vs. Joliet Sch. Dist. 86, et al. | | |

**DOCKET ENTRY TEXT**

Motion for Leave to Appear Pro Hac Vice [6] granted.

Docketing to mail notices.

FILED
2008 SEP -3 PM 3:43
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | |
|---|---|---|